*monwealth v. Muniz,* —— Pa. ——, 164 A.3d 1189 (2017).

COMMONWEALTH of Pennsylvania, Respondent

v.

Matthew WOODRUFF, Petitioner

No. 214 MAL 2016

Supreme Court of Pennsylvania.

DECIDED: September 25, 2017

## ORDER

PER CURIAM

**AND NOW,** this 25th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED** and the decision of the Superior Court is **REVERSED.** *See Commonwealth v. Muniz,* —— Pa. ——, 164 A.3d 1189 (2017).